**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **CAMERON PADGETT,** : | |
| : | |
| Plaintiff, : | |
| : | Case No. 2:17-CV-0919 |
| v. : | |
| : | JUDGE ALGENON L. MARBLEY |
| **BOARD OF TRUSTEES OF OHIO** : | |
| **STATE UNIVERSITY, et al.,** : | |
| : | Magistrate Judge Jolson |
| Defendants. : | |

**ORDER**

The Honorable Judge Algenon L. Marbley hereby recuses himself from the above-styled case because Judge Marbley recently held a position on the Board of Trustees for The Ohio State University. The case is to be transferred back to the unassigned docket, and redrawn for assignment.

**IT IS SO ORDERED.**

 s/Algenon L. Marbley
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATE: October 23, 2017**