# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN OHIO DISTRICT
# EASTERN DIVISION

**CAMERON PADGETT,**

    **Plaintiff,**

    **v.**                                            Case No. 2:17-CV-919
                                                       JUDGE ALGENON L. MARBLEY

**BOARD OF TRUSTEES OF**
**OHIO STATE UNIVERSITY, et al.,**

    **Defendants.**

## ORDER

This matter is before the Court on its own motion. The undersigned was randomly assigned to this case on October 22, 2017. An order reassigning this case was inadvertently entered in this case on October 23, 2017. The Court hereby **VACATES** this order and this case will remain assigned to the undersigned judge.

    **IT IS SO ORDERED.**

                                                     s/ Algenon L. Marbley
                                                     **ALGENON L. MARBLEY, JUDGE**
                                                     **UNITED STATES DISTRICT COURT**