IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO,
EASTERN DIVISION

| | |
|---|---|
| CAMERON PADGETT, | |
|     Plaintiff, | Case No. 2:17-cv-00919-ALM-KAJ |
| v. | JUDGE MARBLEY |
| MICHAEL V. DRAKE, in his personal and official capacities as president of The Ohio State University, *et al.*, | MAGISTRATE JUDGE JOLSON |
|     Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WHITNEY RULE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Cameron Padgett and defendants Michael V. Drake and Whitney Rule hereby stipulate to the dismissal, without prejudice, of defendant Whitney Rule and any and all actions and/or claims asserted against her in the First Amended Verified Complaint, in any and all capacities, including but not limited to in her alleged personal and official capacities as an agent of The Ohio State University.

Stipulated and agreed by:

/s/ Kyle Bristow (per authorization 1-9-18)
Kyle Bristow (0089543)
P.O. Box 381164
Clinton Twp., MI 48038
E-mail: BristowLaw@gmail.com

*Attorney for Cameron Padgett*

MICHAEL DeWINE
ATTORNEY GENERAL OF OHIO

/s/ Michael H. Carpenter
Michael H. Carpenter (0015733)
Timothy R. Bricker (0061872)
Katheryn M. Lloyd (0075610)
Michael N. Beekhuizen (0065722)
Caitlin E. Vetter (0090665)
CARPENTER LIPPS AND LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215

E-mail: carpenter@carpenterlipps.com
bricker@carpenterlipps.com
lloyd@carpenterlipps.com
beekhuizen@carpenterlipps.com
vetter@carpenterlipps.com

*Special Counsel for Defendants Michael V. Drake and Whitney Rule*

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing Stipulation Of Voluntary Dismissal Without Prejudice Of Defendant Whitney Rule was uploaded to the Clerk's ECF system for filing, this 10th day of January, 2018, which will cause service upon:

Kyle Bristow, Esq.
P.O. Box 381164
Clinton Twp., MI 48038
E-mail: BristowLaw@gmail.com

*Attorney for Cameron Padgett*

/s/  Michael H. Carpenter
*One of the Attorneys for Defendants*