# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CAMERON PADGETT,** | Case No. 2:17-cv-00919-ALM-KAJ |
| Plaintiff, | Hon. Algenon L. Marbley |
| v. | Mag. Kimberly A. Jolson |
| **MICHAEL V. DRAKE,** In his personal and official capacities as president of The Ohio State University, et al. | |
| Defendants. | |

## NOTICE OF KYLE J. BRISTOW WITHDRAWING AS ATTORNEY OF RECORD FOR PLAINTIFF CAMERON PADGETT (SUBSTITUTION OF COUNSEL)

By stipulation of Plaintiff Cameron Padgett, Attorney Kyle J. Bristow, and Attorney James E. Kolenich:

1. Attorney Kyle J. Bristow is withdrawn from the instant civil action as an attorney of record for Plaintiff Cameron Padgett.

2. Plaintiff Cameron Padgett shall continue to be represented by Attorney James E. Kolenich—who already has entered his appearance.

| | |
|---|---|
| /s/ Kyle J. Bristow | /s/ James E. Kolenich |
| Kyle J. Bristow (#0089543) | James E. Kolenich (#0077084) |
| P.O. Box 381164 | 9435 Waterstone Blvd., Ste. 140 |
| Clinton Twp., MI 48038 | Cincinnati, OH 45069 |
| (T): (248) 838-9934 | (T): (513) 444-2150 |
| (E): BristowLaw@gmail.com | (E): JEK318@gmail.com |
| *Withdrawing Attorney for Cameron Padgett* | *Trial Attorney for Cameron Padgett* |

/s/ Cameron Padgett
Cameron Padgett
*Plaintiff*

## **CERTIFICATE OF SERVICE**

  I, James E. Kolenich, affirm that on March 2, 2018, I submitted this document to the Court's Electronic Filing System, which should serve said document upon all attorneys of record who have registered to receive service of process through said system.

                  /s/ James E. Kolenich
                  James E. Kolenich (#0077084)
                  9435 Waterstone Blvd., Ste. 140
                  Cincinnati, OH 45069
                  (T):  (513) 444-2150
                  (E):  JEK318@gmail.com
                  *Trial Attorney for Cameron Padgett*

Dated:  March 2, 2018