IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CAMERON PADGETT, | ) | **STIPULATION OF** |
| Plaintiff(s) | ) | **VOLUNTARY DISMISSAL** |
| | ) | **PURSUANT TO F.R.C.P.** |
| v. | ) | **41(a)(1)(A)(ii)** |
| | ) | |
| | ) | Case No.2:17-CV-919 |
| BOARD OF TRUSTEES OF tOSU ET AL. | ) | |
| Defendant(s) | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against all defendant(s) pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party to bear their own attorney fees and costs.

s/ JAMES E. KOLENICH
JAMES E. KOLENICH
KOLENICH LAW OFFICE
9435 Waterstone Blvd. 3140
Cincinnati, OH 45249
(p) (513) 444-2150
Fax (513) 297-6065
Jek318@gmail.com
ATTORNEY FOR PLAINTIFF

s/ Michael H. Carpenter
Michael H. Carpenter
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio  43215
Telephone:  614-365-4100
Direct:     614-365-4103
Facsimile:  614-365-9145
carpenter@carpenterlipps.com
ATTORNEY FOR DEFENDANT